

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

November , 2007

BY HAND
The Honorable George A. Yanthis
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: <u>United States v. Florim Gjonbalaj, a/k/a "Chule"</u>
07 Cr. 1018

Dear Judge Yanthis:

      A sealed indictment was filed in the above-captioned matter on November 7, 2007. The defendant was arrested and will be presented today, and the Government therefore respectfully requests that the indictment be unsealed. Thank you for your attention to this matter.

      Very truly yours,

      MICHAEL J. GARCIA
      United States Attorney

By: _____
      Brent S. Wible
      Assistant United States Attorney
      Telephone: (914) 993-1928
      Fax: (914) 682-3392

APPLICATION GRANTED
SO ORDERED: _____
GEORGE A. YANTHIS, USMJ
11/8/07