UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                      07 Cr. 1018 (SCR)

**NOTICE OF APPEARANCE**

FLORIM GJONBALAJ,

                    Defendant.
------------------------------------------------------------------x

SIRS

    PLEASE TAKE NOTICE, that the defendant, FLORIM GJONBALAJ, hereby appears in the above entitled action, and that the undersigned has been retained as Counsel for said Defendant, FLORIM GJONBALAJ, and demands that a copy of any and all papers from this date be served upon the undersigned at the address stated below.

Dated: New York, New York
         November 13, 2007

RICHARD B. HERMAN, LLC

By: *[signature]*
Richard B. Herman, Esquire (6524)
Attorney for Defendant Florim Gjonbalaj
300 Park Avenue, Suite 1700
New York, New York 10022
(212) 759-6300 (phone)
(212) 759-7373 (fax)
rbh@rbhlaw.us

To:    CLERK OF THE COURT

        United States District Court
        Southern District of New York
        300 Quarropas Street
        White Plains, New York 10601