UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA )
) **NOTICE OF APPEARANCE AND REQUEST**
v. ) **FOR ELECTRONIC NOTIFICATION**
) **07 Cr. 1018**
FLORIM GJONBALAS, )
)
Defendants. )

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

         Respectfully submitted,

         MICHAEL J. GARCIA
         United States Attorney for the
         Southern District of New York


      By:    /s/ Nicholas L. McQuaid
         Nicholas L. McQuaid
         Assistant United States Attorney
         (914) 993-1936
         Nicholas.McQuaid@usdoj.gov