LAW OFFICES
# RICHARD B. HERMAN, L.L.C.

RICHARD B. HERMAN
ADMITTED:
NEW YORK
PENNSYLVANIA
DISTRICT OF COLUMBIA
CONNECTICUT (U.S. DIST. COURT ONLY)

300 PARK AVENUE
SUITE 1700
NEW YORK, NEW YORK 10022
TELEPHONE (212) 759-6300
FACSIMILE (212) 759-7373
EMAIL: rbh@rbhlaw.us

**BY ECF AND FACSIMILE (914) 390-4179**

December 13, 2007

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

MEMO ENDORSED

Re: United States of America v. Florim Gjonbalaj
07 Cr. 1018 (SCR)

Dear Judge Robinson:

On behalf of Richard B. Herman, I am writing to respectfully request an adjournment of Mr. Gjonbalaj's status conference, currently scheduled for December 14, 2007 at 11:30 a.m. as Mr. Herman is scheduled to appear before the Honorable William H. Pauley that morning for a final pre-trial conference. I discussed scheduling with Brandon late yesterday and he informed me that Your Honor is available to meet with us on January 11, 2008 at 11:30 a.m.

I have consulted with AUSA Nicholas McQuaid and have been advised there is no objection to this request. In addition, we consent to the exclusion of time until January 11, 2008.

I thank Your Honor for his consideration of this matter.

Respectfully,
RICHARD B. HERMAN, LLC

By: Stefanie V. Plaumann

*[Handwritten: Time from December 14, 2007 to January 11, 2008 is excluded from the Speedy trial calculation in the interests of justice]*

cc: AUSA Nicholas McQuaid

**SO ORDERED**

Stephen C. Robinson
UNITED STATES DISTRICT JUDGE
12/14/07