LAW OFFICES
# RICHARD B. HERMAN, L.L.C.

RICHARD B. HERMAN
ADMITTED:
NEW YORK
PENNSYLVANIA
DISTRICT OF COLUMBIA
CONNECTICUT (U.S. DIST. COURT ONLY)

300 PARK AVENUE
SUITE 1700
NEW YORK, NEW YORK 10022
TELEPHONE (212) 759-6300
FACSIMILE (212) 759-7373
EMAIL: rbh@rbhlaw.us

**BY ECF AND FACSIMILE (914) 390-4179**

February 28, 2008

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: <u>United States of America v. Florim Gjonbalaj</u>
07 Cr. 1018 (SCR)

Dear Judge Robinson:

On behalf of Richard B. Herman, I am writing to respectfully request an adjournment of Mr. Gjonbalaj's status conference, currently scheduled for tomorrow, February 29, 2008 at 11:00 a.m. We are engaged in plea discussions with the government and believe that this extra time will allow us to come to a disposition in lieu of engaging in motion practice. I have spoken with Brandon and he informs me that Your Honor is available to meet with us on March 28, 2008 at 11:30 a.m.

I have consulted with AUSA Nicholas McQuaid and have been advised there is no objection to this request. In addition, we consent to the exclusion of time until March 28, 2008.

I thank Your Honor for his consideration of this matter.

*Time is excluded in the interests of justice from 2/29/08 - 3/28/08 for the reasons set forth above.*

**APPLICATION GRANTED**

_____
HON. STEPHEN C. ROBINSION
2/28/08

Respectfully,
RICHARD B. HERMAN, LLC

_____
By: Stefanie V. Plaumann

cc: AUSA Nicholas McQuaid