

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

RECEIVED
MAY 1 3 2008
CHAMBERS OF
STEPHEN C. ROBINSON
U.S.D.J.

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 12, 2008

**BY HAND**
The Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

# MEMO ENDORSED

Re: **United States v. Florim Gjonbalaj**
**07 Cr. 1018 (SCR)**

Dear Judge Robinson:

The Government respectfully submits this letter to request, with the consent of defense counsel, that the conference in the above-referenced case, previously scheduled for May 9, 2008 at 12:00 p.m., be rescheduled for May 28, 2008, at 1:00 p.m.. The Government also requests, with the consent of defense counsel, the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from May 12, 2008 through May 28, 2008. The Government believes such an exclusion would be in the interest of justice because it would allow the Government and the defendant to continue to engage in plea negotiations in an effort to resolve the case without the need for trial.

Thank you for your consideration of this matter.

*Time from 5/9/08 - 5/28/08 is excluded from the speedy trial act calculations in the interests of justice and for the reasons set forth above.*

**SO ORDERED**

Stephen C. Robinson
**STEPHEN C. ROBINSON**
**UNITED STATES DISTRICT JUDGE**
5/13/08

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: 

Nicholas L. McQuaid
Assistant United States Attorney
(914) 993-1936 (phone)
(914) 993-9036 (fax)

cc:    Richard Bruce Herman, Esq. (By Fax)