LAW OFFICES
# RICHARD B. HERMAN, L.L.C.

RICHARD B. HERMAN
ADMITTED:
NEW YORK
PENNSYLVANIA
DISTRICT OF COLUMBIA
CONNECTICUT (U.S. DIST. COURT ONLY)

300 PARK AVENUE
SUITE 1700
NEW YORK, NEW YORK 10022
TELEPHONE (212) 759-6300
FACSIMILE (212) 759-7373
EMAIL: rbh@rbhlaw.us

<u>By ECF and Facsimile (914) 390-4179</u>

May 15, 2008

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*MEMO ENDORSED*

Re: <u>United States v. Florim Gjonbalaj</u>
07 Cr. 1018 (SCR)

Dear Judge Robinson:

I am writing to request a modification of Mr. Gjonbalaj's bail conditions to permit him to travel to Norway, New York (outside of Uitca). Mr. Gjonbalaj plans to leave on Friday, May 16, 2008 and return to New York on Monday, May 19, 2008. While upstate, he will be staying with his cousin, Mr. Rama Rugoba, at 2901 Military Road and can be reached via his cell phone at (347) 601-5995. Due to the fact that the Military Road property is a cabin, there is no landline, however, should Your Honor or Pre-Trial require additional contact numbers for Mr. Gjonbalaj, we will be happy to provide them.

I have consulted with AUSA Nicholas McQuaid and have been advised that neither he nor Pre-Trial Services Officer Cynthia Labrovic have any objection to this request.

I apoligze for the last minute nature of this request, but I thank Your Honor for his consideration of this matter.

Respectfully,
RICHARD B. HERMAN, LLC

By: Stefanie V. Plaumann

cc: Nicholas McQuaid, AUSA
Pre-Trial Services

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

SO ORDERED
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
5/16/08