

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

# MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 30, 2008

**BY HAND**
The Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: <u>**United States v. Florim Gjonbalaj**</u>
    **07 Cr. 1018 (SCR)**

Dear Judge Robinson:

      The Government respectfully submits this letter to request, with the consent of defense counsel, that the conference in the above-referenced case, previously scheduled for May 28, 2008 at 1:00 p.m., be adjourned until June 11, 2008, at 4:00 p.m.. The Government also requests, with the consent of defense counsel, the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from May 30, 2008 through June 11, 2008. The Government believes such an exclusion would be in the interest of justice because it would allow the Government and the defendant to continue to <u>engage in plea negotiations</u> in an effort to resolve the case without the need for trial.

      Thank you for your consideration of this matter.

*[Handwritten: The time from June 2, 2008 to June 11, 2008 is excluded from the Speedy Trial Calculation for the reasons set forth above and in the interests of justice]*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
Nicholas L. McQuaid
Assistant United States Attorney
(914) 993-1936 (phone)
(914) 993-9036 (fax)

**SO ORDERED**
*[signature]*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE  6/2/08

cc:    Richard Bruce Herman, Esq. (By Fax)

