PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

U.S.A. vs. Florim Gjonbalaj        Docket No. 07-CR-1018

Petition for Action on Conditions of Pretrial Release

COMES NOW, PRETRIAL SERVICES OFFICER, Cynthia Labrovic presenting an official report upon the modification of the defendant, Florim Gjonbalaj's bail conditions who was placed under pretrial release supervision on 11/08/07 by the Honorable George A. Yanthis.

PRAYING THAT THE COURT WILL ORDER:

A modification of bail conditions to allow the defendant to be employed at Jampol Hardware, Bronx, NY. The defendant will refrain from having access to any credit cards or credit card information and the credit card machine shall remain locked when not in use.

ORDER OF COURT                         Respectfully,

Considered and ordered this _4th_ day
of _June_, 20_08_ and ordered filed
and made a part of the records in the above
case.                                  _____
                                       U.S. Pretrial Services Officer
_____
U.S. District Judge Stephen C. Robinson
                                       Place: White Plains

                                       Date: June 4, 2008

