# LAW OFFICES
# RICHARD B. HERMAN, L.L.C.

RICHARD B. HERMAN
ADMITTED:
NEW YORK
PENNSYLVANIA
DISTRICT OF COLUMBIA
CONNECTICUT (U.S. DIST. COURT ONLY)

300 PARK AVENUE
SUITE 1700
NEW YORK, NEW YORK 10022
TELEPHONE (212) 759-6300
FACSIMILE (212) 759-7373
EMAIL: rbh@rbhlaw.us

**By ECF and Facsimile (914) 390-4179**

July 21, 2008

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  United States v. Florim Gjonbalaj
     07 Cr. 1018 (SCR)

Dear Judge Robinson:

I am writing to request a modification of Mr. Gjonbalaj's bail conditions to permit him to travel to Norway, New York (outside of Uitca). Mr. Gjonbalaj plans to leave on Friday, July 25, 2008 and return to New York on Monday, July 28, 2008. While upstate, he will be staying with his cousin, Mr. Rama Rugoba, at 2901 Military Road and can be reached via his cell phone at (347) 601-5995. Due to the fact that the Military Road property is a cabin, there is no landline, however, should Your Honor or Pre-Trial require additional contact numbers for Mr. Gjonbalaj, we will be happy to provide them.

I have consulted with both AUSA Nicholas McQuaid and Pre-Trial Services Officer Cynthia Labrovic and have been advised that they do not have any objection to this request.

Respectfully,
RICHARD B. HERMAN, LLC

By: Stefanie V. Plaumann

cc:  Nicholas McQuaid, AUSA
     Pre-Trial Services