LAW OFFICES
# RICHARD B. HERMAN, L.L.C.

RICHARD B. HERMAN
ADMITTED:
NEW YORK
PENNSYLVANIA
DISTRICT OF COLUMBIA
CONNECTICUT (U.S. DIST. COURT ONLY)

300 PARK AVENUE
SUITE 1700
NEW YORK, NEW YORK 10022
TELEPHONE (212) 759-6300
FACSIMILE (212) 759-7373
EMAIL: rbh@rbhlaw.us

**By ECF and Facsimile (914) 390-4179**

September 11, 2008

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Florim Gjonbalaj
      07 Cr. 1018 (SCR)

Dear Judge Robinson:

I am writing to request a modification of Mr. Gjonbalaj's bail conditions to permit him to travel to Norway, New York (outside of Uitca). Mr. Gjonbalaj plans to leave late afternoonon Friday, September 12, 2008 and return to New York on Monday, September 15, 2008. While upstate, he will be staying with his cousin, Mr. Rama Rugoba, at 2901 Military Road and can be reached via his cell phone at (347) 601-5995. Due to the fact that the Military Road property is a cabin, there is no landline, however, should Your Honor or Pre-Trial require additional contact numbers for Mr. Gjonbalaj, we will be happy to provide them.

I have consulted with AUSA Sarah Krissoff and have been advised that neither she nor Pre-Trial Services Officer Vincent Adams have any objection to this request.

I apologize for the last minute nature of this request, but I thank Your Honor for his consideration of this matter.

Respectfully,
RICHARD B. HERMAN, LLC

By: Stefanie V. Plaumann

cc:   Sarah Krissoff, AUSA
      Pre-Trial Services